**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

**UNITED STATES OF AMERICA**

      **v.**                              **08-CR-128-01-PB**

**KURT SANBORN**

## GOVERNMENT'S CORPORATE DISCLOSURE STATEMENT

The United States submits this disclosure statement pursuant to Fed. R. Crim. P. 12.4.

The alleged victim in this case is Diamond Action, Inc.

\_\_ The government identifies the following parent corporation and any publicly held corporation that owns 10% or more of the victim's stock:

\_\_ The government identifies the following publicly held corporation with which a merger agreement with the victim exists:

\_\_ Where a partnership is a victim, the government identifies the following publicly held corporation that holds an interest in the partnership, the corporate partner's parent corporation, and any publicly held corporation that owns 10% or more of the corporate partner's stock.

**X**    The victim has none of the above.

Dated: November 12, 2008

                                        Respectfully submitted,

                                        THOMAS P. COLANTUONO
                                        United States Attorney

                                        <u>/s/ Robert M. Kinsella</u>
                                        Assistant United States Attorney
                                        53 Pleasant St., 4th Floor
                                        Concord, New Hampshire 03301
                                        Telephone No.: (603) 225-1552

**<u>Certificate of Service</u>**

    I hereby certify that on November 12, 2008, I caused a copy of the foregoing to be filed electronically.

                                        <u>/s/ Robert M. Kinsella</u>
                                        Robert M. Kinsella
                                        Assistant U.S. Attorney