**NO COPY OF THIS TRANSCRIPT MAY BE MADE PRIOR TO 2/22/10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * * *
                                *
UNITED STATES OF AMERICA        *
                                *  08-cr-128-01-PB
          v.                    *  November 19, 2009
                                *  11:40 a.m.
KURT SANBORN                    *
                                *
* * * * * * * * * * * * * * * * *
```

EXCERPTED TRANSCRIPT OF SENTENCING HEARING
BEFORE THE HONORABLE PAUL J. BARBADORO

Appearances:

For the Government:   Robert Kinsella, AUSA
                      U.S. Attorney's Office
                      53 Pleasant Street
                      Concord, NH 03301

For the Defendant:    Alan Baum, Esq.
                      Law Offices of United Defense Group
                      4181 Sunswept Drive
                      Studio City, CA 91604

                      Donald A. Kennedy, Esq.
                      Kennedy Law Office
                      78 W. Merrimack Street
                      Manchester, NH  03101

Probation Officer:    Kevin Lavigne

Court Reporter:       Sandra L. Bailey, LCR, CM, CRR
                      Official Court Reporter
                      United States District Court
                      55 Pleasant Street
                      Concord, NH  03301
                      (603)225-1454

```
 1                      EXCERPTED TRANSCRIPT

 2              THE COURT:   Pursuant to the Sentencing Reform

 3   Act of 1984 it is the judgment of the court that the

 4   defendant, Kurt Sanborn, is hereby committed to the

 5   custody of the Bureau of Prisons to be in prison for a

 6   term of 30 months.

 7              Upon release from imprisonment the defendant

 8   shall be placed on supervised release for a term of

 9   three years.

10              Within 72 hours of release from the custody of

11   the Bureau of Prisons the defendant shall report in

12   person to the probation office in the district to which

13   the defendant is released.

14              While on supervised release the defendant

15   shall not commit another federal, state or local crime,

16   shall comply with the standard conditions that have been

17   adopted by this court, and shall comply with the

18   following additional conditions:

19              The defendant shall not illegally possess a

20   controlled substance.

21              The defendant shall not possess a firearm,

22   destructive device, or any other dangerous weapon.

23              The defendant shall submit to DNA collection.

24              The drug testing condition required by 18,

25   USC, Section 3563(a)(5) is suspended based on the
```

3

1    court's determination that the defendant poses a low

2    risk of future substance abuse.

3              The defendant shall pay any financial penalty

4    that is imposed by this judgment and that remains unpaid

5    at the commencement of the term of supervised release.

6              The defendant shall provide the probation

7    officer with access to any requested financial

8    information.

9              The defendant shall apply all monies received

10   from income tax refunds, lottery winnings, judgments

11   and/or other anticipated or unexpected financial gains

12   to the outstanding court ordered financial obligation.

13             The defendant shall not incur new credit

14   charges or open additional lines of credit without the

15   approval of the probation officer unless he is in

16   compliance with the installment payment schedule.

17             The defendant shall refrain from engaging in

18   any occupation involving fiduciary responsibilities

19   during the term of supervision.

20             It is further ordered that the defendant shall

21   pay a special assessment of $100.

22             It is further ordered that the defendant shall

23   make restitution to the following persons in the

24   following amounts.  Diamond Action, Inc., $293,960.79;

25   HNTB Sports Assembly Architecture, $9,450.  Any payment

4

1    that is not payment in full shall be divided

2    proportionately among the persons names.

3           The court finds that the defendant does not

4    have the ability to pay a fine.  The court will waive

5    the fine in this case.  The court has determined that

6    the defendant does not have the ability to pay interest

7    and it is ordered that the interest requirement is

8    waived for the restitution.  The defendant is ordered to

9    begin payments towards the total criminal monetary

10   penalties immediately, and upon commencement of the term

11   of supervised release the probation officer shall review

12   the defendant's financial circumstances and recommend a

13   payment schedule on any outstanding balance for approval

14   by the court.

15          The defendant shall surrender himself to an

16   institution designated by the Bureau of Prisons on or

17   before 2 p.m. on January 8th.

18          The court recommends that the defendant be

19   able to serve his sentence as close to family members in

20   Massachusetts if possible, Fort Devens if it's an

21   appropriate facility for his incarceration in the

22   judgment of the Bureau of Prisons.

23          Are there any objections to the sentence other

24   than those previously raised?

25          MR. BAUM:  May I have just a moment, your

1    Honor.

2           THE COURT:  Yes.

3           (Attorney Baum consulting Attorney Kinsella.)

4           MR. BAUM:  Not at this time, your Honor.

5    There may be a joint motion filed concerning the

6    numbers, the actual amount of restitution, but we're not

7    prepared to deal with that now.  We will accept the

8    court's calculation --

9           THE COURT:  Well, if there's going to be any

10   modification to restitution I want the government to

11   represent that it's consulted with the victim, and any

12   position that the victim takes that's inconsistent with

13   any position the government may take, that it's fully

14   presented to the court.

15          MR. KINSELLA:  Of course, judge, and this is

16   just brought to my attention this second.  I'm really

17   not in a position to do the math right now.  I told him

18   we will look at the matter, report to the victim and

19   also to you as soon as possible.

20          THE COURT:  Yeah, you know my point, though.

21          MR. KINSELLA:  I do.

22          THE COURT:  They came here for sentencing and

23   wanted to know what the sentence is going to be, and if

24   there is going to be any change in the restitution

25   portion of the sentence I want him to be consulted, I

6

1    want his position to be presented to the court --

2              MR. KINSELLA:  Understood.

3              THE COURT:  -- before any change is made in

4    the sentence.

5              MR. KINSELLA:  Understood.

6              THE COURT:  All right, anything else?

7              MR. BAUM:  No, your Honor.

8              THE COURT:  I will impose the sentence as I

9    have read it.  You may have a limited right to appeal.

10   If you want to appeal, consult with your attorney and

11   direct him to file a notice of appeal on your behalf.

12   If you prefer, you can ask the clerk's office for help,

13   but the notice of appeal does have to be filed within

14   ten days or you lose your right to appeal.

15             Anything else?

16             MR. BAUM:  No, your Honor.

17             MR. KINSELLA:  Thank you, your Honor.

18             (Adjourned at 12:10 p.m.)

19                  CONCLUSION OF EXCERPT

20

21

22

23

24

25

7

1

2                        C E R T I F I C A T E

3

4            I, Sandra L. Bailey, do hereby certify that

5    the foregoing transcript is a true and accurate

6    transcription of the within proceedings, to the best of

7    my knowledge, skill, ability and belief.

8

9

10   Submitted: 11/23/09      /s/ Sandra L. Bailey
                              SANDRA L. BAILEY, LCR, CM, CRR
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25