UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**UNITED STATES OF AMERICA**

       v.                              08-CR-128-PB

**KURT SANBORN**

### GOVERNMENT'S MOTION HEARING EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| 1 | 3/19/09 E-Mail from A. Baum to K. Sanborn |
| 2 | 3/20/09 E-Mail from A. Baum to K. Sanborn |
| 3 | 3/20/09 E-Mail from K. Sanborn to A. Baum |
| 4 | 5/24/09 E-Mail from K. Sanborn to A. Baum |
| 5 | 5/24/09 E-Mail from A. Baum to K. Sanborn |
| 6 | 5/28/09 E-Mail from A. Baum to AUSA Kinsella |
| 7 | 5/29/09 E-Mail from A. Baum to AUSA Kinsella |
| 8 | 11/6/09 E-Mail from K. Sanborn to A. Baum |
| 9 | 11/6/09 E-Mail from A. Baum to K. Sanborn |
| 10 | 11/8/09 E-Mail from K. Sanborn to A. Baum |
| 11 | 7/30/09 E-Mail from AUSA Kinsella to A. Baum |
| 12 | 11/3/09 E-Mail from K. Sanborn to A. Baum |
| 13 | 11/3/09 E-Mail from A. Baum to K. Sanborn |
| 14 | 11/6/09 E-Mail from A. Baum to K. Sanborn |
| 15 | 11/9/09 E-Mail from K. Sanborn to A. Baum |
| 16 | 11/10/09 E-Mail from K. Yardley to K. Sanborn |
| 17 | 11/17/09 E-Mail from A. Baum to K. Sanborn |
| 18 | 11/20/09 E-Mail from S. Sanborn to A. Baum |

| | |
|---|---|
| 19 | 11/20/09 E-Mail from D. Kennedy to A. Baum |

| **Exhibit No.** | **Description** |
|---|---|
| 20 | 11/20/09 E-Mail from A. Baum to D. Kennedy |
| 21 | 11/20/09 E-Mail from A. Baum to K. Sanborn |
| 22 | 11/20/09 E-Mail from K. Sanborn to A. Baum |
| 23 | Handwritten Note by Judith Sanborn |
| 23a | $5,000 Check from Judith Sanborn to Defense Group Trust Account, $5,000 Check from Linda and Jeanne Coburn to Defense Group Trust Account, and $10,000 Check from Vinok K. Tripathi, MD to Defense Group Trust Account |

December 16, 2009               Respectfully submitted,

                                JOHN P. KACAVAS
                                United States Attorney

                            By: /s/ Robert M. Kinsella
                                Robert M. Kinsella
                                Assistant United States Attorney


**CERTIFICATE OF SERVICE**

    I hereby certify that on December 16, 2009, I caused a copy of the foregoing to be filed electronically upon Alan Baum, counsel for defendant.

                                /s/ Robert M. Kinsella
                                Robert M. Kinsella, AUSA